**IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE**
**AT NASHVILLE**
**FEBRUARY SESSION, 1999**

FILED

March 30, 1999

Cecil W. Crowson
Appellate Court Clerk

STATE OF TENNESSEE,    )
                       )    C.C.A. NO. 01C01-9803-CC-00140
    Appellee            )
                       )
vs.                    )    Nos. 95-5228; 97-5013 below
                       )
                       )    Hickman County
STANLEY E. TERRY,      )
                       )    (Simple Possession of
    Appellant           )    Methamphetamine; Felony
                            Possession of Marijuana;
                            Simple Possession of Marijuana)

**AFFIRMED**

**JUDGMENT**

Came the appellant, Stanley E. Terry, by counsel, and also came the Attorney General on behalf of the State, and this case was heard on the record on appeal from the Criminal Court of Hickman County; and upon consideration thereof, this Court is of the opinion that there is no reversible error in the judgment of the trial court.

In accordance with the opinion filed herein, it is, therefore, ordered and adjudged by this court that the judgment of the trial court is affirmed, and the case is remanded to the Criminal Court of Hickman County for execution of the judgment of that court and for collection of costs accrued below.

Costs of appeal will be paid into this court by the appellant, Stanley E. Terry, for which execution may issue.

In the event the appellant indicates the intention to file an application for permission to appeal to the Supreme Court, he may be admitted to bail in the additional amount of $7,500.00, for a total bond of $15,000.00, with sufficient sureties to be approved by the Clerk of the trial court pending the filing and disposition of said application; and in default of such bond, he will be remanded to the Sheriff of Hickman County.

David G. Hayes, Judge
James Curwood Witt, Jr., Judge
John Everett Williams, Judge